IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN W.,
      Plaintiff,                                   Civil No. 2:25-cv-12969

v.

FRANK BISIGNANO,                   Honorable Anthony P. Patti
COMMISSIONER                         United States Magistrate Judge
OF SOCIAL SECURITY,
      Defendant.
_____/

## JOINT STIPULATION TO REMAND TO THE COMMISSIONER

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the Court should enter an order reserving and remanding the above-captioned case to the Commissioner for further administrative action. On remand, the Commissioner will offer Plaintiff an opportunity for another hearing and issue a decision.

                                                Respectfully submitted,

                                                JEROME F. GORDON, JR.
                                                United States Attorney

| | |
|---|---|
| /s/Jennifer L. Dunn[1] | /s/Susana Ochoa |
| Jennifer L. Dunn, Esq. | Susana Ochoa |
| Attorney for Plaintiff | Special Assistant United States Attorney |
| Dunn Law, PLLC | Program Litigation 4 |
| 890 Winter Street, Suite 230 | Law & Policy |
| Waltham, MA 02451 | Social Security Administration |
| jdunn@dunnlawfirm.com | 6401 Security Boulevard |
| | Baltimore, MD  21235 |
| | susana.ochoa@ssa.gov[2] |

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Susana Ochoa, received on December 16, 2025.

[2] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that I emailed a copy of the document to attorney Jennifer L. Dunn.

/s/ Susana Ochoa
Susana Ochoa
Special Assistant United States Attorney
Program Litigation 4
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
susana.ochoa@ssa.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN W.,
        Plaintiff,　　　　　　　　　　Civil No. 2:25-cv-12969

v.

FRANK BISIGNANO,　　　　　　　　Honorable Anthony P. Patti
COMMISSIONER　　　　　　　　　　United States Magistrate Judge
OF SOCIAL SECURITY,
        Defendant.
_____/

## ORDER REMANDING CASE UNDER SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted and this case is reversed and remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will offer Plaintiff an opportunity for another hearing and issue a decision.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

Date: December 22, 2025